This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                                      **No. 35,189**

**BRANDT THROWER,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Dalene Marsh, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Tyson Quail
Farmington, NM

for Appellant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Having entered a conditional plea in magistrate court, Defendant Brandt Thrower appealed to the district court for review of the denial of his motion to dismiss. The district court also denied Defendant's motion to dismiss, **[RP 30]** and this appeal followed. Summary reversal was proposed for the reasons stated in the notice of proposed disposition filed on April 15, 2016. On May 16, 2016, the State filed a response to our proposed disposition noting its intention not to file a memorandum in opposition. Accordingly, we reverse the district court's denial of Defendant's motion to dismiss for the reasons stated in this Court's notice of proposed disposition. In addition, consistent with the procedures set forth in *State v. Celusniak*, 2004-NMCA-070, ¶¶ 8-15, 135 N.M. 728, 93 P.3d 10, we remand to the district court so that it may issue an order of remand to the magistrate court permitting Defendant to withdraw his conditional plea.

{2}     **IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Chief Judge**

2

_____

**TIMOTHY L. GARCIA, Judge**